Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

O. Randolph Bragg (IL Bar No. 6221983)
Craig M. Shapiro (IL Bar No. 6284475)
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street, Suite 900
Chicago, Illinois  60602-1716
Telephone Number: (312) 372-8822
Facsimile Number: (312) 372-1673
Email Address: rand@horwitzlaw.com

Attorneys for Plaintiff
TERESA ANN LUXFORD
and CARLOS H. PEREZ

**E-Filed 3/24/2010**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| TERESA ANN LUXFORD and CARLOS H. PEREZ, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>RESURGENT CAPITAL SERVICES, LP, a Delaware limited partnership, ALEGIS GROUP, LLC, a Delaware limited liability company, and LVNV FUNDING, LLC, a Delaware limited liability company,<br><br>　　　　　　　　　　Defendants. | Case No.:  C09-02809-JF-RS<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER** |

　　　　WHEREAS, the Court has set an Initial Case Management Conference in this case for April 2, 2010, at 10:30 a.m.;

　　　　WHEREAS, the parties have engaged in informal discovery and settlement discussions in an attempt to resolve this case at the earliest possible time, thereby, saving costs and attorney fees by all

parties;

WHEREAS, the parties have agreed to participate in Mediation if their informal attempts at resolution are ultimately unsuccessful;

WHEREAS, the parties believe that additional informal settlement discussions and discovery may result in an early resolution of this case;

In light of the foregoing, the undersigned parties, through their counsel, hereby request that the Court continue the Initial Case Management Conference currently set for April 2, 2009, at 10:30 a.m. to June 25, 2010 at 10:30 a.m., or to a convenient date thereafter, in order to allow the parties an opportunity to resolve the case through Mediation, thereby conserving judicial resources.

IT IS SO STIPULATED.

Dated: March 18, 2010

CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
 Fred W. Schwinn, Esq.
 Attorneys for Plaintiffs
 Teresa Ann Luxford and
 Carlos H. Perez

Dated: March 18, 2010

REED SMITH, LLP

By: /s/ Jordan S. Yu
 Jordan S. Yu, Esq.
 Attorneys for Defendants
 Resurgent Capital Services, L.P.,
 Alegis Group, LLC, and
 LVNV Funding, LLC

**ORDER**

GOOD CAUSE APPEARING, the Initial Case Management Conference in this matter is continued to June 25, 2010, at 10:30 a.m.

Dated: 3/24/2010

The Honorable Jeremy Fogel
United States District Judge

- 2 -
STIPULATION AND JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C09-02809-JF-RS