Abraham J. Colman (SBN 146933)
Jordan Yu (SBN 227341)
REED SMITH LLP
355 South Grand Avenue
Los Angeles, CA  90071
Telephone:  213.457.8000
Facsimile:   213.457.8080
Email: acolman@reedsmith.com
       jsyu@reedsmith.com

Attorneys for Defendants
Resurgent Capital Services, L.P., Alegis Group, LLC, and LVNV Funding, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERESA ANN LUXFORD and CARLOS H. PEREZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RESURGENT CAPITAL SERVICES, LP, a Delaware limited partnership, ALEGIS GROUP, LLC, a Delaware limited liability company, and LVNV FUNDING, LLC, a Delaware limited liability company,<br><br>Defendants. | No.: C-09-02809-JF<br><br>**[PROPOSED] ORDER** |

## ORDER

Pursuant to the parties' Stipulation, and good cause appearing, the Initial Case Management Conference is continued from June 25, 2010 to August 20, 2010.

Dated: 6/23/10

The Honorable Jeremy Fogel
United Stated District Judge