Abraham J. Colman (SBN 146933)
Jordan Yu (SBN 227341)
REED SMITH LLP
355 South Grand Avenue
Los Angeles, CA  90071
Telephone:  213.457.8000
Facsimile:   213.457.8080
Email: acolman@reedsmith.com
        jsyu@reedsmith.com

Attorneys for Defendants
Resurgent Capital Services, L.P., Alegis
Group, LLC, and LVNV Funding, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERESA ANN LUXFORD and CARLOS H. PEREZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RESURGENT CAPITAL SERVICES, LP, a Delaware limited partnership, ALEGIS GROUP, LLC, a Delaware limited liability company, and LVNV FUNDING, LLC, a Delaware limited liability company,<br><br>Defendants. | No.: C-09-02809-JF<br><br>[PROPOSED] ORDER |

No.: C-09-02809-JF

ORDER

US_ACTIVE-104873996.1

1

## ORDER

2   Pursuant to the parties' Stipulation, and good cause appearing, the Case

3   Management Conference is continued from November 19, 2010 to January 28, 2011.

4

Dated:  11/10/2010

5

6   The Honorable Jeremy Fogel
    United Stated District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: C-09-02809-JF                          – 2 –                          US_ACTIVE-104873996.1
                                           ORDER