**E-Filed 04/06/11**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA A. LUXFORD and CARLOS H. PEREZ,<br><br>Plaintiffs,<br><br>v.<br><br>RESURGENT CAPITAL SERVICES, LP; ALEGIS GROUP, LLC; and LVNV FUNDING LLC,<br><br>Defendants. | Case Number 5:09-CV-02809 JF (HRL)<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING** |

The parties move jointly for leave to file a First Amended Complaint, certification of a settlement class, appointment of class counsel and class representatives, preliminary approval of their proposed settlement, and approval of their proposed plan to provide notice to the class. They have provided copies of the proposed First Amended Complaint, the proposed settlement agreement, the proposed plan to provide notice to the class, and a declaration by O. Randolph Bragg in support of his application to be appointed class counsel. As discussed at oral argument, the Court requires the following additional information in order to determine whether to grant preliminary approval to the settlement:

    (1)    A declaration by Plaintiffs' counsel Fred W. Schwinn in support of his application

to be appointed class counsel, containing a description of his qualifications, the work he has done in identifying or investigating potential claims in this action, and the resources he intends to commit to representing the class;

(2) An explanation of the basis of the proposed incentive awards for the Plaintiffs;

(3) An explanation as to why the proposed incentive awards are characterized as "statutory damages" in the proposed notice;

(4) Information with respect to Resurgent's finances that supports the parties' contention that the proposed $25,000 settlement fund represents approximately 1% of Resurgent's net worth; and

(5) An explanation as to why the parties failed to identify in the proposed settlement agreement the party responsible for paying the costs of class administration.

The matter thereafter shall be submitted without further argument.

IT IS SO ORDERED.

DATED: 04/06/11

_____
JEREMY FOGEL
United States District Judge