**E-Filed 4/19/2011**

1  Fred W. Schwinn (SBN 225575)
   fred.schwinn@sjconsumerlaw.com
2  Raeon R. Roulston (SBN 255622)
   raeon.roulston@sjconsumerlaw.com
3  CONSUMER LAW CENTER, INC.
   12 South First Street, Suite 1014
4  San Jose, California 95113-2418
   Telephone Number: (408) 294-6100
5  Facsimile Number: (408) 294-6190

6
   O. Randolph Bragg (IL Bar No. 6221983) (Pro Hac Vice)
7  Craig M. Shapiro (IL Bar No. 6284475)
   HORWITZ, HORWITZ & ASSOCIATES, LTD.
8  25 East Washington Street, Suite 900
   Chicago, Illinois 60602-1716
9  Telephone Number: (312) 372-8822
   Facsimile Number: (312) 372-1673
10 Email Address: rand@horwitzlaw.com

11 Attorneys for Plaintiffs
   TERESA ANN LUXFORD
12 and CARLOS H. PEREZ

13

14          **IN THE UNITED STATES DISTRICT COURT**
            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
15                      **SAN JOSE DIVISION**

16 | TERESA ANN LUXFORD and CARLOS | Case No.: C09-02809-JF-HRL
   | H. PEREZ, on behalf of themselves and all |
17 | others similarly situated, | **REQUEST TO APPEAR**
   | | **TELEPHONICALLY AT CASE**
18 | Plaintiffs, | **MANAGEMENT CONFERENCE AND**
   | | **HEARING ON MOTION FOR**
19 | v. | **PRELIMINARY APPROVAL OF CLASS**
   | | **ACTION SETTLEMENT AND**
20 | RESURGENT CAPITAL SERVICES, LP, | ~~**[PROPOSED]**~~ **ORDER**
   | a Delaware limited partnership, ALEGIS |
21 | GROUP, LLC, a Delaware limited liability |
   | company, and LVNV FUNDING, LLC, a | Date:       April 22, 2011
22 | Delaware limited liability company, | Time:       9:00 a.m.
   | | Judge:      Jeremy Fogel
23 | | Courtroom:  3, 5th Floor
   | Defendants. |
24

25        O. Randolph Bragg, counsel for Plaintiffs, TERESA ANN LUXFORD and CARLOS H.

26 PEREZ, respectfully requests permission to appear by telephone at the Case Management Conference

27 and the hearing on Plaintiff's Motion for Preliminary Approval of Class Action Settlement in the

28

REQUEST TO APPEAR TELEPHONICALLY                    Case No. C09-02809-JF-HRL

above-entitled action.  Mr. Bragg's office is located in Chicago, Illinois, approximately 2,165 miles from the Courthouse in this matter.


                                        HORWITZ, HORWITZ & ASSOCIATES, LTD.


Dated:  April 19, 2011               By: /s/ O. Randolph Bragg
                                        O. Randolph Bragg (IL Bar No. 6221983) (Pro Hac Vice)
                                        HORWITZ, HORWITZ & ASSOCIATES, LTD.
                                        25 East Washington Street, Suite 900
                                        Chicago, Illinois  60602-1716
                                        Telephone Number: (312) 372-8822
                                        Facsimile Number: (312) 372-1673
                                        Email Address: rand@horwitzlaw.com

                                        Attorney for Plaintiffs
                                        TERESA ANN LUXFORD
                                        and CARLOS H. PEREZ

                                     **ORDER**

        The Court hereby grants the request of O. Randolph Bragg to appear by telephone at the Case Management Conference and the hearing on Plaintiff's Motion for Preliminary Approval of Class Action Settlement.  Counsel shall set up the call through CourtCall at 866-582-6878.



        IT IS SO ORDERED.

Date: ___4/19/2011_____         _____
                                        The Honorable Jeremy Fogel
                                        United States District Judge

---

REQUEST TO APPEAR TELEPHONICALLY                    Case No. C09-02809-JF-HRL