Abraham J. Colman (SBN 146933)
Jordan Yu (SBN 227341)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071
Telephone:    213.457.8000
Facsimile:    213.457.8080
Email: acolman@reedsmith.com
       jsyu@reedsmith.com

Attorneys for Defendants
Resurgent Capital Services, L.P., Alegis Group,
LLC, and LVNV Funding, LLC

**E-Filed 4/19/2011**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERESA ANN LUXFORD and CARLOS H. PEREZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RESURGENT CAPITAL SERVICES, LP, a Delaware limited partnership, ALEGIS GROUP, LLC, a Delaware limited liability company, and LVNV FUNDING, LLC, a Delaware limited liability company,<br><br>Defendants. | No.: C-09-02809-JF<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND CONTINUED HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; [PROPOSED] ORDER**<br><br>Date:    April 22 , 2011<br>Time:    9:00 a.m.<br>Dept.:   3<br><br>Honorable Jeremy Fogel |

Defendants Resurgent Capital Services, L.P., Alegis Group, LLC, and LVNV Funding, LLC, ("Defendants") hereby respectfully request permission to attend the April 22, 2011 Case Management Conference and the continued hearing on the Parties' Joint Motion for Preliminary Approval of Class Action Settlement telephonically. Jordan Yu, Counsel for Defendants, resides in Los Angeles, California.

DATED: April 15, 2011.

REED SMITH LLP

By  /s/ Jordan Yu
Jordan Yu
Attorneys for Defendants
Resurgent Capital Services, L.P., Alegis Group, LLC, and LVNV Funding, LLC

## ORDER

The Court hereby grants Defendants' request to appear by telephone at the Case Management Conference and the continued hearing on the Parties' Joint Motion for Preliminary Approval of Class Action Settlement.

**IT IS SO ORDERED.**

DATED: April 19, 2011

Honorable Jeremy Fogel
United States District Judge

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514. On April 15, 2011, I served the following document(s) by the method indicated below:

***REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND CONTINUED HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; [PROPOSED] ORDERT***

☒ **BY CM/ECF ELECTRONIC DELIVERY:** In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cand.uscourts.gov

☐ by transmitting via facsimile on this date from fax number +1 213 457 8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ by transmitting via email to the parties at the email addresses listed below:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on April 15, 2011, at Los Angeles, California.

　　　　　　　　　　/s/   *Griselda Munoz*
　　　　　　　　　　Griselda Munoz

- 1 -

## SERVICE LIST
*Luxford, et al. v. Resurgent Capital Services, LP, et al.*
Case No. 09-cv-02809-JF

| | |
|---|---|
| Fred W. Schwinn<br>CONSUMER LAW CENTER, INC.<br>12 South First Street, Suite 1014<br>San Jose, CA 95113-2418<br>T: 408-294-6100<br>F: 408-294-6190<br>fred.schwinn@sjconsumerlaw.com | Attorneys for Plaintiffs<br>*Teresa Ann Luxford and Carlos H. Perez* |
| O. Randolph Bragg<br>Craig M. Shapiro<br>HORWITZ, HORWITZ & ASSOCIATES, LTD.<br>25 East Washington St., Suite 900<br>Chicago, Il 60602-1716<br>T: 312-372-8822<br>F: 312-372-1673<br>rand@horwitzlaw.com | Attorneys for Plaintiffs<br>*Teresa Ann Luxford and Carlos H. Perez* |

US_ACTIVE-102014996.1