Abraham J. Colman (SBN 146933)
Jordan Yu (SBN 227341)
REED SMITH LLP
355 South Grand Avenue
Los Angeles, CA  90071
Telephone:  213.457.8000
Facsimile:   213.457.8080
Email: acolman@reedsmith.com
       jsyu@reedsmith.com

**E-Filed 8/10/2011**

Attorneys for Defendants
Resurgent Capital Services, L.P., Alegis Group, LLC, and LVNV Funding, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERESA ANN LUXFORD and CARLOS H. PEREZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RESURGENT CAPITAL SERVICES, LP, a Delaware limited partnership, ALEGIS GROUP, LLC, a Delaware limited liability company, and LVNV FUNDING, LLC, a Delaware limited liability company,<br><br>Defendants. | No.: C-09-02809-JF<br><br>[PROPOSED] ORDER |

## ORDER

Pursuant to the Parties' Stipulation, and good cause appearing, the last day to submit papers in support of final approval of class action settlement is continued from August 12, 2011 to December 2, 2011 and the Final Approval Hearing is continued from August 26, 2011 to December 16, 2011.

Dated: __8/10/2011__

_____
The Honorable Jeremy Fogel
United Stated District Judge