Abraham J. Colman (SBN 146933)
Jordan Yu (SBN 227341)
REED SMITH LLP
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.457.8000
Facsimile: 213.457.8080
Email: acolman@reedsmith.com
jsyu@reedsmith.com

Attorneys for Defendants
Resurgent Capital Services, L.P., Alegis Group, LLC, and LVNV Funding, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERESA ANN LUXFORD and CARLOS H. PEREZ, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RESURGENT CAPITAL SERVICES, LP, a Delaware limited partnership, ALEGIS GROUP, LLC, a Delaware limited liability company, and LVNV FUNDING, LLC, a Delaware limited liability company,<br><br>Defendants. | No.: C-09-02809-PJH<br><br>[~~PROPOSED~~] ORDER |

## ORDER

Pursuant to the Parties' Stipulation, and good cause appearing, the last day to submit papers in support of the Parties' Motion for Final Approval of Class Action Settlement is continued from December 2, 2011 to December 16, 2011, and the Final Approval Hearing is continued from December 16, 2011 to January 11, 2012.

Dated: 11/8/11



The Honorable Phyllis J. Hamilton
United Stated District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

REED SMITH LLP
A limited liability partnership formed in the State of Delaware