Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

O. Randolph Bragg (IL Bar No. 6221983)
HORWITZ, HORWITZ & ASSOCIATES, LTD.
25 East Washington Street, Suite 900
Chicago, Illinois  60602-1716
Telephone Number: (312) 372-8822
Facsimile Number: (312) 372-1673
Email Address: rand@horwitzlaw.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TERESA LUXFORD and CARLOS H. PEREZ, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RESURGENT CAPITAL SERVICES, LP, a Delaware limited partnership, ALEGIS GROUP, LLC, a Delaware limited liability company, and LVNV FUNDING, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 4:09-cv-02809-PJH<br><br>ORDER REGARDING AWARD OF DAMAGES AND CLASS REPRESENTATIVE FEES, ATTORNEYS' FEES AND COSTS |

Based upon the Stipulation entered into by Plaintiffs Teresa Luxford and Carlos H. Perez and Defendants Resurgent Capital Services, LP, Alegis Group, LLC, and

1  LVNV Funding, LLC (collectively "Defendants"), and good cause appearing, the
2  Court hereby orders as follows:
3  
4  Plaintiff Teresa Luxford and Carlos H. Perez are each awarded a total of
5  $_2,000_ as their statutory damages pursuant to the Fair Debt Collection Practices Act,
6  15 U.S.C. §1692k(a), the Rosenthal Fair Debt Collection Practices Act, California
7  Civil Code §1788.30(c), and for their services as class representatives.
8  
9  Plaintiffs' Counsel Fred W. Schwinn and O. Randolph Bragg are awarded a
10  total of $__30,000__ for full and complete payment of Plaintiffs' attorneys' fees,
11  expenses and costs incurred in conjunction with the prosecution of this action.
12  
13  Dated: 2/10/12

_____
Phyllis J. Hamilton
US District Judge



IT IS SO ORDERED
Judge Phyllis J. Hamilton